■ In the Matter of CITIZENS AGAINST SPRAWL-MART, by LEO F. ALCURI et al., Appellants, v ZONING BOARD OF APPEALS OF CITY OF NIAGARA FALLS et al., Respondents. (Appeal No. 1.) [778 NYS2d 405]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Niagara County (Amy J. Fricano, J.), entered September 10, 2003 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs.

Same memorandum as in *Matter of Citizens Against Sprawl-Mart v Planning Bd. of City of Niagara Falls* (8 AD3d 1052 [2004]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ JOSEPH M. TOMKIEL, Appellant, v BRETT BELLRENG et al., Respondents. (Appeal No. 1.) [778 NYS2d 335]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered June 13, 2002. The order granted defendants' motion to dismiss the complaint and denied plaintiff's cross motion to compel defendants to accept service of the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Pigott, Jr., P.J., Pine, Hurlbutt and Lawton, JJ.